UNITED STATES DISTRICT COURT         **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

CASE NO.: CV-12-8759-R                                    Date: **October 29, 2012**

**TITLE: DANIEL DAVID DYDZAK V. ARNOLD SCHWARZENEGGER et al**
=====================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   **Daniel David Dydzak, Pro Se**

**PROCEEDINGS:** ORDER TO SHOW CAUSE why this action should not be dismissed pursuant to the Order issued in case CV-11-5560-JCC on September 25, 2012

**The Court hears from pro se plaintiff.**

**The Court ORDERS this action DISMISSED pursuant to the September 25, 2012 Order issued in CV-11-5560-JCC, finding that plaintiff is prohibited from initiating any further litigation in federal court, based on his disbarment, without prior authorization from the Chief Judge of the United States District Court, Central District of California, which authorization he has not received, and therefore his action must be and is dismissed.**

                                                                                    **5 min**

**MINUTES FORM 90**                                        **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**